Harris v Rome Mem. Hosp. (2023 NY Slip Op 04910)

Harris v Rome Mem. Hosp.

2023 NY Slip Op 04910

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023

PRESENT: SMITH, J.P., CURRAN, BANNISTER, AND OGDEN, JJ. (Filed Sept. 29, 2023.) 

MOTION NO. (414/23) CA 22-00831.

[*1]EMMETT HARRIS, PLAINTIFF-RESPONDENT, 
v
ROME MEMORIAL HOSPITAL, DEFENDANT-APPELLANT, ET AL., DEFENDANTS.

MEMORANDUM AND ORDER
Motion for reargument denied.